### File Hashes for IP Address 98.223.80.203

**ISP:** Comcast Cable
**Physical Location:** Palos Heights, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/04/2013 09:45:07 | 6D294471F6134D1DC8521AC5960DCD850CECD20A | Seeing Double |
| 11/03/2012 23:04:55 | 3A7584A1DF61BCE503B9572DC266AB7A838EE4E9 | Perfect Girls |
| 11/03/2012 23:01:15 | 52D5F3AD53FCB4BB58D0893997C17F4B628E5765 | Like a Dove |
| 10/24/2012 22:06:19 | 1D873D69A5693172D0BBD3F985EEA87480414B52 | Sapphic Experience |
| 10/15/2012 06:06:22 | A0FB13A2FDEE4CCDB685B0BA2F00ECAA3026D44D | The Rich Girl Part #2 |
| 10/15/2012 00:49:36 | 8DAB5F16A83D2E23F32B6F85DDE5643A44F30091 | Amazing Grace |
| 09/28/2012 16:12:35 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 09/28/2012 16:10:41 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |
| 09/28/2012 16:10:08 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/28/2012 13:02:23 | 9EB2EB166439A393FB057A0249EC686B75B8512B | Russian Invasion |
| 09/28/2012 13:00:23 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/24/2012 07:29:36 | 3C87A11FFBDF19207ED0166B643DFFFACB614EBE | The Masseuse |
| 09/23/2012 21:27:35 | 74A918E97A3CF3A4795FBF588BA1D01DA8CE890B | Three for the Show |
| 09/18/2012 15:52:30 | D6B1089625F3B1A89834655082091A73AE17F021 | Good Vibrations |
| 09/09/2012 01:42:00 | 203B6B6148C16E0C8DE4C78088370D1495DD6190 | First Love |
| 09/08/2012 21:25:53 | DAC9473E2B5C64D6ED0838A48CB571795B1054F7 | Starting Over |
| 09/08/2012 21:09:43 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 09/08/2012 21:04:15 | 5D078FC4F665E7B3E7D80C478459565423797 50F | Transcendence |
| 09/08/2012 21:04:11 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NIL74